# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -REOPENING/CLOSING**

Case No. LA CV20-03111 JAK (Ex)　　　　　　Date May 13, 2021

Title: Jardine Gougis v. Hai Oang Saing, et al.

Present: The Honorable **John A. Kronstadt, United States District Judge**

| T. Jackson | Not Recorded |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　Attorneys Present for Defendants:

Jason Kim　　　　　　　　　　　　　　　　None.
Jason Yoon

---

Proceedings:　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated March 18, 2021.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.


Initials of Preparer　　TJ